# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON LEE HAYWOOD,<br><br>Plaintiff,<br><br>v.<br><br>STOUFFLET, et al.,<br><br>Defendants. | No. 2:21-CV-2401-JDP-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendants' motion, ECF No, 33, to continue the settlement conference currently set for July 20, 2023, to September 13, 2023. Good cause appearing therefor based on defense counsel's declaration indicating the need for additional time to prepare after having recently substituted in as counsel for Defendants, the motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' motion, ECF No. 33, to continue the settlement conference is GRANTED.

2. The settlement conference in this matter, currently set for July 20, 2023, is CONTINUED to September 13, 2023, at 9:00 a.m. via Zoom.

Dated: July 19, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE