DAVID W. TYRA, State Bar No. 116218
*dtyra@kmtg.com*
ALEC D. TYRA, State Bar No. 339922
*atyra@kmtg.com*
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile:  (916) 321-4555

Attorneys for Defendants Philip Blanco, Tiara Calamia, Matthew Creer-Hambrick and Paul Stoufflet

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CAMERON L. HAYWOOD,<br><br>    Plaintiff,<br><br>    v.<br><br>STOUFFLET, et al.,<br><br>    Defendants. | Case No. 2:21-CV-2401 JDP (PC)<br><br>**[PROPOSED] ORDER TO CONTINUE NOVEMBER 21, 2023 MANDATORY SETTLEMENT CONFERENCE**<br><br>*Filed concurrently with Ex Parte Application and Declaration of Alec D. Tyra* |

This Court having considered Defendants' Ex Parte Application to Continue the November 21, 2023 Mandatory Settlement Conference, and finding good cause therefor, hereby orders as follows:

1. Defendants' Ex Parte Application to Continue the Mandatory Settlement Conference, ECF No. 55, is GRANTED.

2. The Mandatory Settlement Conference is continued to February 15, 2024.

3. The parties shall submit a Confidential Settlement Conference Statement directly to chambers no later than February 15, 2024.

IT IS SO ORDERED.

Dated:    November 20, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE